Andrew G. Jubinsky, *admitted pro hac vice*
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Timothy A. Daniels, *admitted pro hac vice*
Texas Bar No. 05375190
tim.daniels@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: 214.939.2000
Facsimile: 214.939.2090

Noah M. Hoagland (#11400)
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355

*Attorneys for Defendant LifeSecure Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK SCOTT and MERRILEE SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>LIFESECURE INSURANCE COMPANY,<br><br>Defendant. | **APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, MOTION FOR CROSS-SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**<br><br>CASE NO. 2:15-CV-00197-CW-DBP<br><br>Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

Defendant LifeSecure Insurance Company ("LifeSecure") files its Appendix in Support of its Response to Plaintiffs' Motion for Summary Judgment, for Cross Summary Judgment and Memorandum in Support Thereof, containing the following:

Ex. A Sam Houk Deposition

Exs. 7, 8

Ex. B Mark Scott Deposition

Exs. 13, 14, 15

Ex. C Merilee Scott Deposition

Exs. 13, 14

Ex. D Declaration of R. Bryan Tilden

Ex. E SelectHealth Benefits Confirmation Statement

Ex. F Preventative Care Benefits, printed from HealthCare.gov

Ex. G Health Reform Provisions, printed from HealthCare.gov

Dated: April 7, 2016

Respectfully submitted,

By: /s/ Timothy A. Daniels

Andrew G. Jubinsky, *admitted pro hac vice*
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Timothy A. Daniels, *admitted pro hac vice*
Texas Bar No. 05375190
tim.daniels@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Noah M. Hoagland
**SUITTER AXLAND, PLLC**
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on April 7, 2016.

**Via ECF:**

J. Kevin West
kwest@parsonsbehle.com
Nicholas U. Frandsen
nfrandsen@parsonsbehle.com
Parsons Behle & Latimer
201 South Main St., Suite 1800
Salt Lake City, Utah 84111-2218

/s/ Timothy A. Daniels
Timothy A. Daniels